FILED
2019 JUL 25 PM 12: 53

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| v. PLAINTIFF | 19MJ03038 |
| David Eccleston | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 07/25/19   0605   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   21 USC 846, 841

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1964

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian

10. Remarks (if any): _____

11. Name: Gustavo Rios   (please print)

12. Office Phone Number: 310-363-5696   13. Agency: HSI

14. Signature: [signature]   15. Date: 7/25/19

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION